UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONALD EVERETT, | CASE NO. 1:16-cv-01285-AWI-MJS (PC) |
|---|---|
| Plaintiff, | **NOTICE AND ORDER FINDING THAT PLAINTIFF IS NOT ENTITLED TO PROCEED IN FORMA PAUPERIS ON APPEAL** |
| v. | |
| M. BLACK, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 11, 2017, the Magistrate Judge discharged the Order to Show Cause and issued findings and recommendations ("F&R") to dismiss Plaintiff's first amended complaint with prejudice for failure to state a claim. (ECF No. 18.) Specifically, the F&R found that Plaintiff had raised essentially the same claims as the case at bar. See id. The prior lawsuit was dismissed pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994), and that judgment was final. See id. The F&R concluded that the determinations made in the prior case barred the case at bar.

After considering objections from Plaintiff, the Court adopted the F&R in full and held that Plaintiff's claims were barred by *Heck* and claim preclusion. (ECF No. 21.)

Plaintiff filed an appeal on July 24, 2017.

On August 11, 2017, the Ninth Circuit the Court of Appeals referred the matter back to this Court for the limited purpose of determining whether in forma pauperis should continue for this appeal.

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); see also Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *in forma pauperis* status is appropriate where the district court finds the appeal to be frivolous). The test for allowing an appeal in forma pauperis is easily met; the good faith requirement is satisfied if the appellant seeks review of any issue that is not frivolous. Gardner v. Pogue, 558 F.2d 548, 550-51 (9th Cir. 1977) (citing Coppedge v. United States, 369 U.S. 438, 445 (1962)); see also Hooker, 302 F.3d at 1092.

In this case, an argument that would lead to the reversal of the dismissal order is not apparent. Plaintiff's objections to the F&R did not explain why res judicata would not apply based on the final dismissal order in *Everett v. Brazelton*, Eastern District of California Docket No. 1:12-cv-680 BAM. (ECF No. 20) Plaintiff did correctly object that the Ninth Circuit partially reversed *Everett v. Brazeton* regarding the application of *Heck*. However, on remand, additional evidence that was not presented to the Ninth Circuit demonstrated that *Heck* barred Plaintiff's claims. Plaintiff did not adequately discuss the additional evidence in *Everett v. Brazelton* or that case's second application of *Heck*. Therefore, given the apparent absence of viable arguments, the Court concludes that an appeal of the dismissal in this case is frivolous and *in form pauperis* status should not continue.

### ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), Plaintiff is not entitled to proceed *in forma pauperis* on the appeal filed on July 24, 2017;
2. Pursuant to Federal Rule of Appellate Procedure 24(a)(4)(C), this order serves as

      notice to the parties and the Ninth Circuit Court of Appeals of the finding that Plaintiff is not entitled to proceed *in forma pauperis* for this appeal; and

3.     The Clerk of the Court shall serve a copy of this order on Plaintiff and the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated:  August 17, 2017                 _____

                                                    SENIOR DISTRICT JUDGE